IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| CEC ENTERTAINMENT, INC., et al.,[1] | : | Case No. 20-33163 (DRJ) |
| Debtors. | : |  |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>NOTICES AND SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears for Vandalia Associates in the above-captioned Chapter 11 cases. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 401 S. 2nd Street, Suite 200
> Philadelphia, PA  19147
> Telephone:  (215) 839-1222
> Email:  kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/cecentertainment. The location of Debtor CEC Entertainment, Inc.'s principal place of business in these chapter 11 cases is 1707 Market Place Boulevard, Suite 200, Irving, Texas 75063

transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated:  June 25, 2020                               **KURTZMAN | STEADY, LLC**


                                        By:   */s/ Jeffrey Kurtzman*
                                          Jeffrey Kurtzman, Esquire
                                          401 S. 2nd Street, Suite 200
                                          Philadelphia, PA  19147
                                          Telephone: (215) 839-1222
                                          Email:  kurtzman@kurtzmansteady.com

                                      Attorneys for Jardel Co., Inc. and
                                      PREIT Services, LLC


## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 25, 2020 a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 was served on all patties entitled to receive service through the Court's ECF system.


                                      */s/ Jeffrey Kurtzman*
                                      JEFFREY KURTZMAN