IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CEC ENTERTAINMENT, INC., *et al.,* | § § § | Case No. 20-33163 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN
CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF**

Upon the motion, dated June 25, 2020 (the "**Motion**")[2] of CEC Entertainment, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for an order (i) authorizing the Debotrs to (a) reject certain unexpired leases of nonresidential real property and (b) abandon *de minimis* property in connection therewith and (ii) granting related relief, pursuant to sections 365 and 554(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147); CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (5502); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings, Inc. (1569); SB Hospitality Corporation (4736); SPT Distribution Company (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market Place Boulevard #200, Irving, TX 75063.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having held one or more hearings to consider the relief requested in the Motion; and upon the First Day Declaration and the records of the hearings on the Motion and all of the proceedings had before this Court; and all objections to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. Pursuant to section 365 of the Bankruptcy Code, the Venue Leases identified on **Schedule 1** attached hereto are hereby rejected *nunc pro tunc* to the Petition Date.

2. The Debtors do not waive any claims that they may have against any counterparty to the Venue Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Venue Leases.

3. The Debtors are authorized to abandon any Remaining Property located at the Underperforming Venues free and clear of all liens, claims, encumbrances, interests, and rights of third parties.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Venue Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Venue Leases is limited to the remedies available under any applicable termination provision of such Venue Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

7. Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

9. Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Leases are prohibited from setting off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties to the Leases as a security deposit or pursuant to another similar arrangement, or owed to the Debtors by any of the counterparties under the Leases or other agreements between the same parties, without the Debtors consent or further order of this Court.

10. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Houston, Texas

                                            UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

**Schedule of Venue Leases to Be Rejected**

## Schedule 1

## Schedule of Venue Leases to Be Rejected

| # | [VENUE NO.] | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 1. | 073 | Matteson Realty LLC<br>150 Great Neck Road<br>Great Neck, NY 11021 | CEC Entertainment, Inc. | Chicago-Matteson, IL | Petition Date |
| 2. | 114 | Sub S&S, LLC<br>645 N. Main Street<br>Layton, UT 84041 | CEC Entertainment, Inc. | Layton, UT | Petition Date |
| 3. | 342 | Hawthorn Hills Square 1687, LLC<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY 11042-0020 | CEC Entertainment, Inc. | Vernon Hills, IL | Petition Date |
| 4. | 367 | Lee Properties, Ltd.<br>5404 Whitsett Ave., #95<br>Valley Village, CA 91607 | CEC Entertainment, Inc. | Ladera Heights, CA | Petition Date |
| 5. | 415 | Kudu Invest, LLC<br>1048 Irvine Avenue #350<br>Newport Beach, CA 92660 | CEC Entertainment, Inc. | San Bernardino, CA | Petition Date |
| 6. | 428 | Peck Plaza Investment, LLC<br>122A E. Foothill Blvd. #153<br>Arcadia, CA 91006 | CEC Entertainment, Inc. | El Monte, CA | Petition Date |
| 7. | 476 | Haymarket Square Associates<br>Attn: Leo Shapiro<br>Longmeadow, MA 1116 | CEC Entertainment, Inc. | Springfield, MA | Petition Date |
| 8. | 479 | Vision Drive Retail, LLC<br>One Vision Drive<br>Natick, MA 1760 | CEC Entertainment, Inc. | Natick, MA | Petition Date |
| 9. | 534 | Galleria Drive LLC<br>P.O. Box 5540<br>Johnstown, PA 15904 | CEC Entertainment, Inc. | Johnstown, PA | Petition Date |
| 10. | 540 | Hawthorne Center Associates, L.P.<br>255 Butler Lane<br>Lancaster, PA 17601 | CEC Entertainment, Inc. | Lancaster, PA | Petition Date |
| 11. | 568 | Lincoln Q Company, LLC<br>598 N. Winnebago Drive<br>Lake Winnebago, MO 64034 | CEC Entertainment, Inc. | Lincoln, NE | Petition Date |
| 12. | 603 | Fox River Shopping Center LLC<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 | CEC Entertainment, Inc. | Appleton, WI | Petition Date |

| # | [VENUE NO.] | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 13. | 614 | BK Mercer LLC & NA Mercer LLC<br>121 W. Nyack Road<br>Nanuet, NY 19054 | CEC Entertainment, Inc. | Macon, GA | Petition Date |
| 14. | 646 | Goodrich New Hartford L.L.C.<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 7632 | CEC Entertainment, Inc. | New Hartford, NY | Petition Date |
| 15. | 648 | HUSA Mgmt Co., LLC<br>2309 Frederick Douglass Blvd<br>New York, NY 10027 | CEC Entertainment, Inc. | Harlem, NY | Petition Date |
| 16. | 656 | Southern Hills Mall LLC<br>180 East Broad Street, 21st floor<br>Columbus, OH 43209 | CEC Entertainment, Inc. | Sioux City, IA | Petition Date |
| 17. | 708 | SM Mesa Mall, LLC<br>180 East Broad Street, 21st Floor<br>Columbus, OH 43215 | CEC Entertainment, Inc. | Grand Junction, CO | Petition Date |
| 18. | 737 | Suchon Tsaowimonsiri<br>10301 Haledon Avenue<br>Downey, CA 90241 | CEC Entertainment, Inc. | Columbus-Macsway, OH | Petition Date |
| 19. | 746 | Richland Mall Holdings, LLC<br>4218 NE 2nd Avenue<br>Miami, FL 33137 | CEC Entertainment, Inc. | Mansfield, OH | Petition Date |
| 20. | 748 | Stadium Plaza Shopping Cnt LLC<br>PO Box 714248<br>Cincinnati, OH 45271-4248 | CEC Entertainment, Inc. | Columbia, MO | Petition Date |
| 21. | 748 | Raul Walters Properties<br>Two City Place Drive<br>St. Louis, MO 63141 | CEC Entertainment, Inc. | Columbia, MO | Petition Date |
| 22. | 753 | Leo MA Mall, LLC<br>Attn: James M. Hull<br>Augusta, GA 30909 | CEC Entertainment, Inc. | Leominster, MA | Petition Date |
| 23. | 754 | Keith and Nancy Ross<br>1256 Via Romero Dr.<br>Palos Verdes Estates, CA 90274 | CEC Entertainment, Inc. | Lima, OH | Petition Date |
| 24. | 769 | City Place Long Beach, LLC<br>9200 Sunset Blvd. Penthouse 9<br>West Hollywood, CA 90069 | CEC Entertainment, Inc. | Long Beach, CA | Petition Date |
| 25. | 798 | IRC Apache Shoppes, LLC<br>c/o Pine Tree Commercial Realty, LLC<br>Oak Brook, IL 60523 | CEC Entertainment, Inc. | Rochester, MN | Petition Date |

2

| # | [VENUE NO.] | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 26. | 829 | Lakes Mall Realty LLC<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | CEC Entertainment, Inc. | Muskegon, MI | Petition Date |
| 27. | 861 | EKJS, LLC<br>P.O. Box 7591<br>Rapid City, SD 57709 | CEC Entertainment, Inc. | Rapid City, SD | Petition Date |
| 28. | 966 | ROKO, LLC<br>ROKO, LLC<br>Savannah, GA 31401 | CEC Entertainment, Inc. | Charleston, SC | Petition Date |
| 29. | 374 | ROK Properties, LLC<br>16 Canvasback Point<br>Greensboro, NC 27455 | CEC Entertainment, Inc. | Jacksonville, NC | Petition Date |
| 30. | 401 | Federal Realty Investment Trust<br>1626 E. Jefferson St.<br>Rockville, MD 20852 | CEC Entertainment, Inc. | Gaithersburg, MD | Petition Date |
| 31. | 545 | MegViv RE Holdings LLC<br>19754 Willowdale Place<br>Ashburn, VA 20147 | CEC Entertainment, Inc. | Fredericksburg, VA | Petition Date |
| 32. | 597 | Allen Central Market Allen, TX. LLC<br>270 Commerce Drive<br>Rochester, NY 14623 | CEC Entertainment, Inc. | Allen, TX | Petition Date |
| 33. | 409 | Tween Partners LLC<br>2241 Domingo Rd.<br>Fullerton, CA 92835 | CEC Entertainment, Inc. | Diamond Bar, CA | Petition Date |
| 34. | 478 | DSM MB I LLC<br>c/o Demoulas Super Markets, Inc.<br>Tewksbury, MA 1876 | CEC Entertainment, Inc. | Danvers, MA | Petition Date |
| 35. | 865 | Imago Enterprises, Inc.<br>140 Palmer Drive<br>Fort Collins, CO 80525 | CEC Entertainment, Inc. | Ft. Collins, CO | Petition Date |
| 36. | 1256 | McCarran Marketplace SPE, LLC<br>P.O. Box 10<br>Scottsdale, AZ 85252-0010 | Peter Piper, Inc. | Las Vegas-McCarran, NV | Petition Date |
| 37. | 1257 | Sahara 3D, LLC<br>468 N. Camden Drive<br>Beverly Hills, CA 90210 | Peter Piper, Inc. | Las Vegas-Sahara, NV | Petition Date |
| 38. | 1258 | LS II Land Company, LLC<br>2301 West I-44 Service Road<br>Oklahoma City, OK 73112 | Peter Piper, Inc. | OKC-Del City, OK | Petition Date |

| # | [VENUE NO.] | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 39. | 1259 | NADG NNN PPP (OK) LP<br>3131 McKinney Avenue<br>Dallas, TX 75204 | Peter Piper, Inc. | OKC-Westgate, OK | Petition Date |
| 40. | 1263 | KRG Shops at Moore, LLC<br>30 South Meridian, Suite 1100<br>Indianapolis, IN 46204 | Peter Piper, Inc. | Moore, OK | Petition Date |
| 41. | 1264 | EMSA, LTD<br>4614 13th Street<br>Lubbock, NM 79416 | Peter Piper, Inc. | Alb-Juan Tabo, NM | Petition Date |
| 42. | 1266 | Gator Green Acres, Ltd.<br>7850 NW 146th Street<br>Miami Lakes, FL 33016 | Peter Piper, Inc. | Green Acres, FL | Petition Date |
| 43. | 1268 | Gardens and 27, LLC<br>696 NE 125th Street<br>North Miami, FL 33161 | Peter Piper, Inc. | Miami Gardens, FL | Petition Date |
| 44. | 1270 | Energy North, LLC<br>7950 NW 53rd Street<br>Doral , FL 33166 | Peter Piper, Inc. | North Lauderdale, FL | Petition Date |
| 45. | 1271 | Hayday, Inc.<br>401 N.W. 38th Ct.<br>Miami, FL 33126 | Peter Piper, Inc. | Miami, FL | Petition Date |
| 46. | 1273 | Town East Mall, LLC<br>350 N. Orleans St., Suite 300<br>Chicago, IL  60654-1607 | Peter Piper, Inc. | Mesquite, TX | Petition Date |