IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CEC ENTERTAINMENT, INC., *et al.*,[1] | § | Case No. 20-33163 |
| | § | (Jointly Administered) |
| Debtor. | § | |
| | § | |
| | § | |

NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,
AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of MegViv Re Holdings, LLC ("**MegViv**"), a creditor and party in interest in the above styled and numbered jointly administered Chapter 11 bankruptcy cases, as attorneys for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of copies of all pleadings, filings, notices, and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and Bankruptcy Local Rule 2002. All such notices should be addressed as follows:

>Melissa A. Haselden
>haselden@hooverslovacek.com
>Hoover Slovacek LLP
>Galleria Tower II
>5051 Westheimer, Suite 1200
>Houston, Texas 77056
>Telephone:   (713) 977-8686
>Facsimile:    (713) 977-5395

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's schedules and statements and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/cecentertainment. The location of Debtor CEC Entertainment, Inc.'s principal place of business in these chapter 11 cases is 1707 Market Place Boulevard, Suite 200, Irving, Texas 75063.

{871042/00001/01425295.DOCX 2 }

objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

DATED: July 15, 2020

Respectfully submitted,

**HOOVERSLOVACEK LLP**

By: */s/ Melissa A. Haselden*
MELISSA A. HASELDEN
State Bar No. 00794778
5051 Westheimer, Suite 1200
Galleria Tower II
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
haselden@hooverslovacek.com
**ATTORNEYS FOR**
**MEGVIV RE HOLDINGS, LLC**

**OF COUNSEL:**

**HOOVERSLOVACEK LLP**
Vianey Garza
State Bar No. 24083057
garza@hooverslovacek.com
**ATTORNEYS FOR**
**MEGVIV RE HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, a copy of the foregoing *Notice of Appearance* was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF System.

Christopher V Arisco    carisco@padfieldstout.com

Elizabeth Banda Calvo    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Rick Bearfield    rjbearfield@pennstuart.com, dward@pennstuart.com

Karen C Bifferato    kbifferato@connollygallagher.com, kconlan@connollygallagher.com

Jason Bradley Binford    Jason.binford@oag.texas.gov

George B Blackmar    gblackmar@bpslaw.net

David Michael Blau    dblau@clarkhill.com

Marty L Brimmage    mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;mreichert@akingump.com

Fernando M. Bustos    adobberstein@bustoslawfirm.com;rrogers@bustoslawfirm.com;bcallahan@bustoslawfirm.com

Clifford William Carlson    Clifford.Carlson@Weil.com

Lisa Large Cockrell    Lisa.cockrell@lgbs.com, Dora.Casiano-Perez@lgbs.com

Michael P Cooley    mpcooley@reedsmith.com, jkrasnic@reedsmith.com;srhea@reedsmith.com

John A Coselli    john.coselli@boxerproperty.com

Scott D Cousins    scousins@bayardlaw.com

John P Dillman    houston_bankruptcy@publicans.com

Hector Duran    Hector.Duran.Jr@usdoj.gov

Scott Fleischer    sfleischer@barclaydamon.com

Henry Flores    hflores@rappandkrock.com, kmartin@rappandkrock.com

J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com,cllosa@flg-law.com

Ronald E Gold    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;khardison@fbtlaw.com

Hiram A Gutierrez    edinburgbankruptcy@pbfcm.com

Cynthia L. Hegarty    chegarty@morrisonsund.com, kfogarty@morrisonsund.com

Michael Benjamin Honaker    ben@benhonakerlaw.com

Jonathan Koevary    jkoevary@olshanlaw.com

Tara LeDay    tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Lloyd A. Lim     LLim@ReedSmith.com, rithompson@reedsmith.com;csnider@reedsmith.com

Sophie E. Macon     smacon@bayardlaw.com

Susan C Mathews     smathews@bakerdonelson.com, clujano@bakerdonelson.com

Byron Z Moldo     bmoldo@ecjlaw.com

Laura J Monroe     lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Weldon Leslie Moore     wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Kevin M. Newman     knewman@barclaydamon.com, kmnbk@barclaydamon.com

Michael M Parker     michael.parker@nortonrosefulbright.com

Kristen N Pate     bk@brookfieldpropertiesretail.com

Alfredo R Perez     alfredo.perez@weil.com, brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Lisa M. Peters     lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com

Ross A Plourde     ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com

Louis J. Price     louis.price@mcafeetaft.com, stewart.snider@mcafeetaft.com;annette.strother@mcafeetaft.com

Michael P Ridulfo     mridulfo@krcl.com, rcoles@krcl.com

Charles M. Rubio     crubio@diamondmccarthy.com, sandra.hancock@diamondmccarthy.com;7485062420@filings.docketbird.com

Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Diane Wade Sanders     austin.bankruptcy@publicans.com

Michael Abtin Shakouri     mshakouri@goodkinlaw.com

Michelle E Shriro     mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

John G. Sinodis     jgs@jhc.law, tk@jhc.law

Owen Mark Sonik     osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Jason Starks     bkecf@traviscountytx.gov

Stephen Douglas Statham     stephen.statham@usdoj.gov

Don Stecker     sanantonio.bankruptcy@lgbs.com

Rachel I Thompson     RIThompson@reedsmith.com, czavitsky@reedsmith.com

Ronald M Tucker     rtucker@simon.com, antimm@simon.com;cmartin@simon.com;bankruptcy@simon.com

US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV

James L Ugalde     jlu@jhc.law

{871042/00001/01425295.DOCX 2 }    4

Melissa E Valdez    mvaldez@pbfcm.com, osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Matthew L Warren    mwarren@kslaw.com

Sean Thomas Wilson    KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Andrew B. Zollinger    andrew.zollinger@dlapiper.com, yohami.lamguerra@dlapiper.com;andrew-zollinger-7649@ecf.pacerpro.com

Nicholas Zugaro    nzugaro@umari-zugaro.com, zugaro@gmail.com

                                        */s/ Melissa A. Haselden*  
                                        MELISSA A. HASELDEN