IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33163 (MI) |
| | § | |
| CEC ENTERTAINMENT INC., et al., | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## OPPIDAN INVESTMENT COMPANY'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED ON AUGUST 24, 2020

___

Oppidan Investment Company designates the following witnesses and exhibits for the hearing scheduled before the Court in this case on Monday, August 24, 2020.

## WITNESSES

1. David Scott, Vice President and General Counsel to Oppidan Investment Company;

2. Any witness listed or called by any other party; and

3. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Adm/Not Adm |
|---|---|---|---|---|
| 1 | Sublease between Oppidan Investment Company and CEC Entertainment, Inc. dated July 29, 2002 | | | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each of Debtor's federal tax identification number, as applicable, are BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147) CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (6904); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings Inc. (1569); SB Hospitality Corporation (4736); SPT Distribution Company, Inc. (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market place Boulevard #200, Irving, TX 75063.

| | | | | |
|---|---|---|---|---|
| 2 | Lease Amendment Term Sheet dated April 23, 2020 | | | |
| 3 | Michigan Executive Order 2020-110 | | | |
| 4 | Michigan Executive Order 2020-114 | | | |
| 5 | Michigan Executive Order 2020-115 | | | |
| | All exhibits presented or designated by any other party. | | | |
| | All exhibits necessary to rebut any exhibit presented or designated by any other party. | | | |

Oppidan Investment Company asks that the Court take judicial notice of the pleadings, affidavits, and exhibits filed (including any and all schedules, amendments, exhibits, and other attachments thereto in this case). Oppidan Investment Company further reserves its right to supplement or amend this list prior t the hearing.

Respectfully submitted,

Dated:  August 20, 2020

**MORRISON SUND PLLC**

By: */e/ Cynthia L. Hegarty*
Cynthia L.  Hegarty (MN # 0294627)
Admitted *pro hac vice*
5125 County Road 101, Suite 200
Minnetonka, MN 55345
Telephone: (952) 277-0132
Facsimile: (952) 975-0058
*chegarty@morrisonsund.com*

and

Susan C. Mathews
(Texas Bar No. 05060650)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1301 McKinney Street, Suite 3700
Houston, TX 77010
Telephone: 713-650-9700
Facsimile: 713-650-9701
*smathews@bakerdonelson.com*

***ATTORNEYS FOR OPPIDAN INVESTMENT COMPANY***

## Certificate of Service

The undersigned hereby certifies that on August 20, 2020, a true and correct copy of the foregoing document was served via the Court's Electronic Case Fining (ECF) system to all parties registered to receive electronic notices in these cases, including counsel for the Debtors.

*/s/ Cynthia L. Hegarty*
