

ENTERED
10/28/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **CEC ENTERTAINMENT, INC.,** *et al.*, | § | |
| | § | Case No. 20-33163 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO MOTION OF
DEBTORS FOR AN ORDER (I) EXTENDING THE DEADLINE BY
WHICH THE DEBTORS MAY REMOVE CIVIL ACTIONS
AND (II) GRANTING RELATED RELIEF**

1. On September 22, 2020, CEC Entertainment, Inc. and its debtor affiliates in

CEC is granted leave to file an amended certificate of service reflecting that the parties to the removable actions were served with the motion.

Signed: October 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

(the "**Corrected Proposed Order**").

3. In accordance with paragraph 40 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147); CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (5502); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings Inc. (1569); SB Hospitality Corporation (4736); SPT Distribution Company, Inc. (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market Place Boulevard #200, Irving, TX 75063.

Objection Deadline, (ii) the undersigned counsel is unaware of any objections to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Motion appears thereon.

4. Therefore, the Debtors respectfully request entry of the Amended Proposed Order. A redline of the Corrected Proposed Order against the version filed with the Motion is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

Dated: October 23, 2020
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Scott Bowling (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

3

**Certificate of Service**

I hereby certify that on October 23, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        /s/ *Alfredo R. Pérez*
                                        Alfredo R. Pérez