**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/02/2020

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| CEC ENTERTAINMENT, INC., et al., | ) | **Case No. 20-33163-MI** |
| | ) | |
| Debtors. [1] | ) | **(Jointly Administered)** |
| | ) | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JULY 14, 2020 THROUGH SEPTEMBER 30, 2020**

Upon consideration of the *First Interim Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 14, 2020 through September 30, 2020* (the "Application")[2] filed by Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the official committee of unsecured creditors (the "Committee") of the above-captioned debtors (the "Debtors"), the Court finds that:  (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested should be allowed pursuant to Bankruptcy Code section 328(a); (d) proper and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147); CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (5502); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings, Inc. (1569); SB Hospitality Corporation (4736); SPT Distribution Company, Inc. (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market Place Boulevard #200, Irving, TX 75063

[2] Capitalized terms not defined herein shall have the meaning set forth in the Application.

adequate notice of the Application and hearing thereon has been given, no objections to the

Application have been filed, and no other or further notice is required; and (e) good and

sufficient cause exists for granting the relief herein, after due deliberation upon the Application

and all relevant proceedings before the Court in connection with the Application. Therefore, it is

hereby:

**ORDERED** that A&M shall be allowed interim compensation of fees in the amount of

$1,487,381.50 and reimbursement of expenses in the amount of $227.63 for services rendered on

behalf of the Committee for the period of July 14, 2020 through September 30, 2020;

**ORDERED** that the Debtors are authorized and directed to pay A&M all fees and

expenses allowed pursuant to this Order;

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: December 02, 2020

_____
Marvin Isgur
United States Bankruptcy Judge