

ENTERED
12/02/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **CEC ENTERTAINMENT, INC.,** *et al.*, | § § | **Case No. 20-33163 (MI)** |
| **Debtors.**[1] | § § § § | **(Jointly Administered)** |
| | § | Re: ECF 1283 |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION
OF WOMBLE BOND DICKINSON (US) LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JULY 16, 2020 THROUGH SEPTEMBER 30, 2020**

Upon the application (the "Application")[2] of Womble Bond Dickinson (US) LLP ("WBD"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of CEC Entertainment, Inc. and its debtor affiliates (collectively, the "Debtors") for entry of an order (this "Order"): (a) awarding WBD interim compensation for professional services provided during the Application Period in the amount of $172,784.50 and reimbursement of expenses incurred by WBD during the Application Period in the amount of $1,506.88; (b) authorizing and directing the Debtors to remit payment to WBD for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances, all as more fully set forth in the Application; and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules; and the Court having read and considered the Application; no objections to the Application having been filed; ,

---

[1]  The Debtors in these chapter 11 cases are: BHC Acquisition Corporation; CEC Entertainment Concepts, L.P.; CEC Entertainment Holdings, LLC; CEC Entertainment, Inc.; CEC Entertainment International, LLC; CEC Entertainment Leasing Company; CEC Leaseholder, LLC; CEC Leaseholder #2, LLC; Hospitality Distribution Incorporated; Peter Piper Holdings, Inc.; Peter Piper, Inc.; Peter Piper Texas, LLC; Peter Piper Mexico, LLC; Queso Holdings, Inc.; SB Hospitality Corporation; SPT Distribution Company, Inc.; and Texas PP Beverage, Inc.

[2]  Capitalized tem1s used but not otherwise defined herein have the meanings ascribed to them in the Application.

; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1.      Omitted

2.      WBD is hereby awarded the allowance of $172,784.50 for compensation of services rendered to the Official Committee of Unsecured Creditors and $1,506.88 for reimbursement of expenses incurred during the period from July 16, 2020 through and including September 30, 2020.

3.      The Debtors are hereby authorized and directed to immediately pay WBD all unpaid fees and expenses allowed pursuant to this Order.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

 Signed: December 02, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

2

WBD (US) 50743669v3