

# IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **CEC ENTERTAINMENT, INC.,** *et al* | § | **CASE NO: 20-33163** |
| | § | |
| **PETER PIPER TEXAS, LLC** | § | **CASE NO: 20-33162** |
| | § | |
| **PETER PIPER, INC.** | § | **CASE NO: 20-33164** |
| | § | |
| **BHC ACQUISITION CORPORATION** | § | **CASE NO: 20-33165** |
| | § | |
| **CEC ENTERTAINMENT CONCEPTS, L.P.** | § | **CASE NO: 20-33166** |
| | § | |
| **CEC ENTERTAINMENT HOLDINGS, LLC** | § | **CASE NO: 20-33167** |
| | § | |
| **CEC ENTERTAINMENT INTERNATIONAL, LLC** | § | **CASE NO: 20-33168** |
| | § | |
| **CEC ENTERTAINMENT LEASING COMPANY** | § | **CASE NO: 20-33169** |
| | § | |
| **CEC LEASEHOLDER, LLC** | § | **CASE NO: 20-33170** |
| | § | |
| **CEC LEASEHOLDER #2, LLC** | § | **CASE NO: 20-33171** |
| | § | |
| **HOSPITALITY DISTRIBUTION INCORPORATED** | § | **CASE NO: 20-33172** |
| | § | |
| **PETER PIPER HOLDINGS, INC.** | § | **CASE NO: 20-33173** |
| | § | |
| **PETER PIPER MEXICO, LLC** | § | **CASE NO: 20-33174** |
| | § | |
| **QUESO HOLDINGS INC.** | § | **CASE NO: 20-33175** |
| | § | |
| **SB HOSPITALITY CORPORATION** | § | **CASE NO: 20-33176** |
| | § | |
| **SPT DISTRIBUTION COMPANY, INC.** | § | **CASE NO: 20-33177** |
| | § | |
| **TEXAS PP BEVERAGE, INC.,** | § | **CASE NO: 20-33178** |
| | § | **Jointly Administered Order** |
| Debtors. | § | |
| | § | **CHAPTER 11** |

## ORDER DENYING DEBTORS' MOTION FOR ORDER
## AUTHORIZING DEBTORS TO ABATE RENT PAYMENTS
## <u>AT STORES AFFECTED BY GOVERNMENTAL REGULATIONS</u>

For the reasons set forth in the Court's accompanying Memorandum Opinion, the Debtors' Abatement Motion (ECF No. 487) is denied as to:

- CBL & Associates Management, Inc., lessor of the Debtor's venue located in Greensboro, North Carolina;

- Hovde Family Investments, LLC, lessor of the Debtors' venue located in Spokane, Washington;

- Lynnwood Public Facilities District, lessor of the Debtors' venue located in Lynnwood, Washington;

- Granada Hills Partners, LLC, lessor of the Debtors' venue located in Granada Hills, California;

- Portal Plaza LP, lessor of the Debtors' venue located in Cupertino, California; and

- South Bay SPE, LLC, lessor of the Debtors' venue located in National City, California.

SIGNED 12/14/2020

_____
Marvin Isgur
United States Bankruptcy Judge